SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
KIMBERLY FRAZIER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY FRAZIER,<br><br>      Plaintiff,<br><br>vs.<br><br>MAXSER & COMPANY; and DOES 1 to 10,<br><br>      Defendants. | Case No.: 2:23-cv-02277 SB (JPRx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |
|---|---|

   Notice is hereby given that Plaintiff KIMBERLY FRAZIER ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case and would like to avoid any additional expense, and further the interests of judicial economy.

   Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

 DATED:  May 26, 2023             SO. CAL EQUAL ACCESS GROUP

                                        */s/ Jason J. Kim*
                                  JASON J. KIM
                                  Attorney for Plaintiff